**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC | § § § |
| v. | § § § Case No. 2:14-CV-201-JRG (Lead) |
| HYUNDAI MOTOR COMPANY | § § |
| AT&T INC. AND AT&T MOBILITY LLC | § § § Case No. 2:14-CV-720-JRG § |
| SPRINT SPECTRUM L.P. SPRINT SOLUTIONS, INC., BOOST MOBILE, LLC, and VIRGIN MOBILE USA, L.P. | § § § Case No. 2:14-CV-721-JRG § § |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Hon. Jeff Kaplan (Ret.) of JAMS, 8401 North Central Expressway, Suite 610, Dallas, Texas 75225, telephone number 214-891-4523 and fax number 214-720-6010, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/page1.shtml?location=mediation. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**So Ordered and Signed on this**

**Sep 8, 2014**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE